ACCEPTED
03-15-00345-CV
5845041
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 2:54:47 PM
JEFFREY D. KYLE
CLERK



# City of Austin

# Law Department

City Hall, 301 West 2nd Street, P.O. Box 1546
Austin, Texas 78767-1546

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/26/2015 2:54:47 PM

JEFFREY D. KYLE
Clerk

Writer's Direct Line
(512) 974-2419

Writer's Fax Line
(512) 974-1311

June 26, 2015

**Via E-Filing to:**
Jeff Edwards
The Edwards Law Firm
1101 East 11th Street
Austin, Texas 78702

> Re: <u>Vacation Letter</u>
> Cause No. 03-15-00345-CV, Esther Seoanes, individually, and as representative of the Estate of James Williford and Miriam Stewart, individually v. The City of Austin.

Dear Mr. Edwards:

I am out of the country June 27th through July 13th, as well as August 30th through September 4th and cannot be reached. Please contact Cathy Curtis, Legal Assistant, at 974-2691 for assistance in my absence.

Sincerely,

Chris Edwards
Assistant City Attorney